**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

OSMAN ALDUBI MATAMOROS-CASTILLO,

     Petitioner,

v.                                                                     Case No. 2:25-cv-3084-MSN-cgc

BRIAN ACUNA, Acting Field Office
Director of Enforcement and Removal Operations,
New Orleans Field Office, Immigration and
Customs Enforcement;
TODD LYONS, Acting Director of Immigration
and Customs Enforcement;
KRISTI NOEM, Secretary of the Department of
Homeland Security;
PAMELA BONDI, U.S. Attorney General; and
TRINITY MINTER, Warden of West Tennessee
Detention Facility,

     Respondents.

---

**ORDER DIRECTING CLERK TO MODIFY DOCKET AND SERVE PETITION AND
DIRECTING RESPONDENT TO SHOW CAUSE**

---

Petitioner Osman Aldubi Matamoros-Castillo, an alien detained in the West Tennessee

Detention Facility in Mason, Tennessee, has filed a petition for a writ of habeas corpus pursuant

to 28 U.S.C. § 2241.  (ECF No. 1, "§ 2241 Petition.")

The proper respondent to the § 2241 Petition is the United States Immigration and Customs

Enforcement ("ICE") District Director for the district in which the alien is being detained.  *See*

*Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003).  The proper respondent in this case is

Melissa B. Harper, the New Orleans Field Office Director for ICE Enforcement and Removal

Operations.[1]  The Clerk is **DIRECTED** to add Melissa Harper as Respondent and to terminate Brian Acuna, Todd Lyons, Kristi Noem, Pamela Bondi, and Trinity Minter as Respondents.

It is **ORDERED** that the Clerk serve a copy of the § 2241 Petition and this Order on Respondent Melissa Harper[2] by certified mail and provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee.  The Clerk is further **ORDERED** to serve: (1) the United States Attorney for the Western District of Tennessee electronically at michael.dunavant@usdoj.gov, and (2) the Civil Chief of the United States' Attorney's Office electronically at stuart.canale@usdoj.gov.  Pursuant to Federal Rule of Civil Procedure 4(i), it is further **ORDERED** that the Clerk send copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela Bondi.

Given the issues raised in the § 2241 Petition, Respondent is **ORDERED** to show cause in writing within **fourteen (14) days** why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.  Respondent must include in the return a thorough discussion of all facts and law relevant to the § 2241 Petition, including any claim that Petitioner must exhaust remedies.

Petitioner may file a reply within **seven (7) days** of service of the return.  If Petitioner asserts that a hearing is necessary to address factual or other issues, Petitioner must include those issues in the reply.

---

[1]*See* Immigration and Custom Enforcement, https://www.ice.gov/news/releases/ice-relocates-new-orleans-field-office-headquarters-st-rose-louisiana#:~:text=%E2%80%9CWe%20are%20excited%20to%20be,Harper (last accessed Dec. 5, 2025), *archived at* https://perma.cc/FF95-9K6P; *see* Petition for Writ of Habeas Corpus, *Godinez-Lopez v. Ladwig, et al.*, No. 2:25-cv-02962-SHL-atc (W.D. Tenn. Oct. 17, 2025), ECF No. 1.

[2] The address for Enforcement & Removal Operations, New Orleans Field Office is 181 James Drive W, St. Rose, LA 70087.  *See* https://www.ice.gov/field-office/new-orleans-field-office (last accessed Dec. 5, 2025), *archived at* https://perma.cc/8DG8-TK9L.

If the Court finds that a hearing is necessary, a date will be set by separate order. *See* 28 U.S.C. § 2243.

**IT IS SO ORDERED**, this 5th day of December, 2025.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

3