**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

OSMAN ALDUBI MATAMOROS-CASTILLO,

    Petitioner,

v.                                                          Case No. 2:25-cv-3084-MSN-cgc

CHRISOPHER BULLOCK, Acting Field Office
Director of Enforcement and Removal Operations,
New Orleans Field Office, Immigration and
Customs Enforcement,

    Respondent.

---

**JUDGMENT**

---

**JUDGMENT BY COURT.**  This action came before the Court on the Petition for a Writ of

Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1), filed November 26, 2025.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the

Stipulation of Dismissal (ECF No. 19), filed May 14, 2026, this matter is hereby **DISMISSED**

**WITHOUT PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

May 15, 2026
Date